ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 SEP 15 PM 4: 35

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| JUAN ALBERTO PAZ, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV 313-065 |
| STACY N. STONE, Warden, et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R), to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, and **DENIES** Plaintiff's motion for an emergency injunction. (Doc. no. 17.)

SO ORDERED this 15 day of September, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE