ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 AUG -6 PM 4:21
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT COURT OF GEORGIA
DUBLIN DIVISION

**JUAN ALBERTO PAZ,**

    **Plaintiff,**

VS.

    USDC #: CV313-65

    USCA #: 15-11104-F

**Warden, STACY GILES,**

    **Defendant.**

## ORDER

The Appeal of the Judgment of this Court in the above case having been DISMISSED by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this court. The Judgment of this Court dated March 9, 2015 is final in all respects.

This _____ day of _August_, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA